

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

Jonathan David Toney, Appellant

No. 06-13-00061-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2011F00199). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

       We note that the appellant, Jonathan David Toney, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 19, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk